In the Matter of PETER HARRIS, an Attorney.

Present—Dillon, P. J., Callahan, Doerr, Denman and Green, JJ.